ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAR 1 7 2004

MARY L. M. MORAN
CLERK OF COURT

1  Vincent Palomo
   P.O. Box 3236
2  Hagåtña, Guam 96932

3  pro se

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

7  VINCENT PALOMO,                                   Civil Case No. **04-00013**

8                    Plaintiff,

9       vs.

10  FRANK ISHIZAKI, individually and as
    Director of Corrections; &                       MOTION FOR SERVICE OF
11  CAPT. JESSE TUPAZ, individually and as           PROCESS BY UNITED STATES
    Acting Superintendent;                           MARSHAL

12
                     Defendants.
13  _____/

14       Plaintiff Vincent Palomo, pro se, pursuant to Rule 4(c) (2), moves this Court for an order

15  requiring the U.S. Marshal to serve a copies of the summons and complaint upon defendants Frank

16  Ishizaki and Jesse Tupaz, and states the following:

17  1.   Plaintiff is an inmate of the Guam Department of Corrections in Mangilao, Guam.

18  2.   Plaintiff has filed an Application to Proceed without Prepayment of Fees with this Court

19  pursuant to Title 28 §1915.

20       I, Vincent Palomo, appearing pro se, hereby declare under penalty of perjury that the

21  foregoing is true and correct.

22  Dated this _12th_ day of _March_ 2004.

23

24                                            _Vincent Palomo_

25                                            Vincent Palomo
                                              P.O. Box 3236
26                                            Hagåtña, Guam 96932

27

    Palomo v. Ishizaki, et. al.                      Motion for Service of Process by
28                                                   United States Marshal