Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

pro se

**ORIGINAL**

FILED
DISTRICT COURT OF GUAM
MAR 17 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

VINCENT PALOMO,

           Plaintiff,

vs.

FRANK ISHIZAKI, individually and as
Director of Corrections; &
CAPT. JESSE TUPAZ, individually and as
Acting Superintendent;

           Defendants.
_____/

Civil Case No. 04-00013

MOTION FOR APPOINTMENT
OF COUNSEL

      The plaintiff, Vincent Palomo, pro se, pursuant to Title 42 United States Code, §1915(e)(1), requests this Court to appoint counsel to represent him on his Complaint for the following reasons:

1.     Plaintiff is not able to afford counsel. See the motion to proceed in forma pauperis and affidavit in support filed with this Court.

2.     The issues involved in this case are complex.

3.     The issues involved in this case will require investigation which the plaintiff cannot do while confined in the Department of Corrections (D.O.C.), especially since he is locked in a cell for twenty-three (23) hours per day.

4.     The plaintiff is housed in Post #7 Maximum Housing Unit and for this reason, his access to the D.O.C. Law Library is being limited by the D.O.C. Law Library officer, to sometimes only one hour per week for conducting legal research for this case.

5.     The law books and legal research materials in the D.O.C. Law Library are out of date. Most reporter series, digests, and citators have not been updated for about three to four years.

6.     Plaintiff is unable to borrow law books form the D.O.C. Law Library for reading in his cell.

7. The Department of Corrections is requiring the plaintiff to use a paging system, which has been struck down as inadequate and illegal by courts of law, to obtain legal research materials when he is unable to be provided physical access to the D.O.C. Law Library.

8. The Department of Corrections does not provide legal assistance to inmates from persons trained in the law.

9. Plaintiff's complaint and all other documents related to the complaint as well as this motion were prepared by another inmate who is not trained in the law.

10. Plaintiff has a very limited knowledge of the law.

11. Appointed counsel would be able to explain the applicable legal principles to the plaintiff and limit litigation to potentially meritorious issues.

12. Appointed counsel would provide plaintiff with representation equally qualified with the professional counsel provided by Government of Guam for the defendants.

13. The ends of justice would best be served in this case if an attorney was appointed to represent the plaintiff.

I, Vincent Palomo, appearing pro se, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of March 2004.

_Vincent Palomo_
Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932