Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

pro se

ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAR 17 2004

MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

VINCENT PALOMO,

        Plaintiff,

vs.

FRANK ISHIZAKI, individually and as
Director of Corrections; &
CAPT. JESSE TUPAZ, individually and as
Acting Superintendent;

        Defendants.

Civil Case No. 04-00013

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

    I, Vincent Palomo, appearing pro se, declare that I am the plaintiff in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. 1915, I declare that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am entitled to the relief sought in the complaint.

    I make this application with the understanding that I am liable under 28 U.S.C. 1915 for the full payment of all fees, costs, and sanctions imposed in this case; that such charges will be collected and paid from my prison trust account; and that any unpaid fees, costs, or sanctions will constitute a debt not dischargeable in bankruptcy. Currently, the Guam Department of Corrections does not have a prison trust account, since there is no prison industry in D.O.C. and inmates are not paid for their work.

1. Are you currently incarcerated? /✓/ Yes    /_/ No

    If "Yes" state the place of your incarceration _Department of Corrections_
_Mangilao, Guam_

Page 1 of 3

|     |    |                                                                                                                                          |        |       |
|-----|----|------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|
| 1   |    | Are you employed at the institution?                                                                                                     | /_/ Yes | /✓/ No |
| 2   |    | Do you receive any payment from the institution?                                                                                         | /_/ Yes | /✓/ No |
| 3   | 2. | Are you currently employed:                                                                                                              | /_/ Yes | /✓/ No |

4   a.   If the answer is "Yes" state the amount of your take-home salary or wages and pay
5   period and give the name and address of your employer. _____
6   _____
7   _____

8   b.   If the answer is "No" state the date of your last employment, the amount of your
9   take-home salary or wages and pay period and the name and address of your last employer.
10  $6.00 per hour, every two weeks pay period.
11  JWS AC/Refridgeration Company Tamuning, Guam

12  3.  In the past twelve months have you received any money from any of the following sources?

|    |    |                                                      |         |       |
|----|----|------------------------------------------------------|---------|-------|
| 13 | a. | Business, profession or other self-employment        | /_/ Yes | /✓/ No |
| 14 | b. | Rent payments, interest or dividends                 | /_/ Yes | /✓/ No |
| 15 | c. | Pensions, annuities or life insurance payments       | /_/ Yes | /✓/ No |
| 16 | d. | Disability or workers compensation payments          | /_/ Yes | /✓/ No |
| 17 | e. | Gifts or inheritances                                | /_/ Yes | /✓/ No |
| 18 | f. | Any other sources                                    | /_/ Yes | /✓/ No |

19  If the answer to any of the above is "yes," describe each source of money and state the
20  amount received and what you expect you will continue to receive. _____
21  _____
22  _____
23  _____

24  4.  Do you have any cash or checking or savings accounts?
25  /_/ Yes   /✓/ No   If "yes" state the total amount. _____

Palomo v. Ishizaki, et. al.                Page 2 of 3                Application to Proceed Without
                                                                     Prepayment of Fees and Affidavit

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   /_/ Yes   /✓/ No

    If "yes," describe the property and state its approximate value. _____

    _____

    _____

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _n/a_____

    _____

    _____

7.  List the names and addresses of all correctional facilities that you were incarcerated in during the six months prior to filing your complaint/notice of appeal. Please also note the dates of incarceration for each institution. _Department of Corrections_
    _P.O. Box 3236 Hagatna, Guam 96932_
    _1990 - present day_

    _____

I declare under penalty of perjury that the above information is true and correct.

Dated this _12th_ day of _March_, 2004.

_Vincent Palomo_
Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

Palomo v. Ishizaki, et. al.                Application to Proceed Without
                        Page 3 of 3        Prepayment of Fees and Affidavit

Case 1:04-cv-00013   Document 4   Filed 03/17/2004   Page 3 of 3