# ORIGINAL

Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

pro se

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

VINCENT PALOMO,

        Plaintiff,

  vs.

FRANK ISHIZAKI, individually and as Director of Corrections; &
CAPT. JESSE TUPAZ, individually and as Acting Superintendent;

        Defendants.

Civil Case No. 04-00013

CONSENT TO THE RELEASE OF TRUST ACCOUNT INFORMATION AND TO COLLECT FEES FROM TRUST ACCOUNT

    I, Vincent Palomo, appearing pro se, hereby consent and authorize the appropriate prison officials:

1.     To forward directly to the above Court a certified copy of my prisoner's trust account statement or ledger sheets showing transactions for the six month period immediately preceding the filing of my complaint or notice of appeal and a Certificate of Funds for my prisoner trust account that is to be signed by an authorized official of the institution;

2.     To withhold from my prison account and pay to the Court an initial partial payment of 20% of the greater of:

    a.     The average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint or notice of appeal; or

    b.     The average monthly balance in my account for the six-month period immediately preceding the filing of my complaint or notice of appeal;

Page 1 of 2

Case 1:04-cv-00013 Document 5 Filed 03/17/2004 Page 1 of 2

3. To collect from my account on a continuing basis each month, an amount equal to 20% of the preceding month's income. Each time the amount in my account exceeds $10.00, the Trust officer shall forward the interim payment to the Clerk's Office, U.S. District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910, until such time as my filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the U.S. District Court of Guam.

Dated this 12th day of March, 2004.

*Vincent Palomo*
Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

Palomo v. Ishizaki, et. al.

Page 2 of 2

Consent to the Release of Trust
Account Information And to
Collect Fees from Trust Account

Case 1:04-cv-00013   Document 5   Filed 03/17/2004   Page 2 of 2