AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
MAY 24 2004
MARY L. M. MORAN
CLERK OF COURT

VINCENT PALOMO,

                  Plaintiff,

V.

FRANK ISHIZAKI, individually and as
Director of Corrections; &
CAPT. JESSE TUPAZ, individually and as
Acting Superintendent;

                  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-00013

TO: (Name and address of defendant)

    Captain Jesse Tupaz
    Guam Detention Facility
    Hagåtña, Guam

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Vincent Palomo
    Department of Corrections
    Mashburn Lane
    Mangilao, Guam

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

5/12/2004
DATE

[signature]
(BY) DEPUTY CLERK

ORIGINAL

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5/13/04 |
| NAME OF SERVER (PRINT) Richard Lumagui | TITLE CI DUSM |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Federal ~~Detd~~ "ia" Detention Center, Agana, Guam

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| .38¢ | $45.00 | $45.38 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/13/04
Date

Signature of Server

Address of Server: USMS, USDC, Agana, Guam 96910

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | |
|---|---|
| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VINCENT PALOMO | CV-04-00013 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| CAPT. JESSE TUPAZ | SUMMONS & COMPLAINT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CAPTAIN JESSE TUPAZ

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

GUAM DETENTION FACILITY, HAGATNA, GUAM

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

VINCENT PALOMO
DEPARTMENT OF CORRECTIONS
MASHBURN LANE
MANGILAO, GUAM

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 473-9100　　DATE: 05/13/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 01　District of Origin No. 093　District to Serve No. 093　Date: 5/13/04

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

Date of Service: 5/13/04　Time: 400 pm

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | .38 | 0 | $45.38 | 0 | $45.38 | 0 |

REMARKS: (illegible) ; 1/2 mile one way.

**RECEIVED**
**MAY 24 2004**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED　1. CLERK OF THE COURT　FORM USM-285 (Rev. 12/15/80)

## INSTRUCTIONS FOR SERVICE OF
## PROCESS BY THE U.S. MARSHAL

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES.

Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.)

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.