

GOVERNMENT OF GUAM
AGANA, GUAM 96910

June 01, 2004



MEMORANDUM

To:        Mary L.M. Moran
           Clerk of Court
           District Court of Guam

From:      Director, Acting

Subject:   Certificate of Funds - Prison Trust Account

Reference: Inmate Vincent P. Palomo

Pursuant to ATTACHMENT H, I wish to expound on the basis of the monies listed on the Certificate of Funds - Prison Trust Account. It is true that this was the amount of monies listed, pursuant to the inmate's canteen account. The deposits made into this account is solely dependent on the availability from the families. These monies are not from the inmate's source of income as in a Work Release Program, as he does not qualify for such a program.

Inmate Palomo is unemployed; therefore, he has no source of income, except for what his families desire to deposit into this canteen account.

Submitted for your review.

FRANCISCO B. CRISOSTOMO
Major