

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| VINCENT PALOMO, | Civil Case No. 04-00013 |
| Plaintiff, | |
| vs. | |
| FRANK ISHIZAKI, individually and as Director of Corrections; and Captain JESSE TUPAZ, individually and as Acting Superintendent, | **MOTION TO DISMISS** |
| Defendants. | |

Defendants hereby make a special appearance, by and through their counsel, Assistant Attorney General James T. Mitchell. The special appearance is to move the Court to dismiss this action with prejudice. The motion is made pursuant to Federal Rule of Civil Procedures (FRCP) 12(b)(6) and 28 USC 1915(e)(2) on the ground that the Complaint fails to state a claim upon which relief can be granted. The grounds for dismissal are more fully stated in the attached Memorandum of Points and Authorities.



Defendants have been properly served. Therefore Defendants preserve the right to challenge personal jurisdiction and are not waiving the right to challenge personal jurisdiction as a result of this motion. Defendants recognize that dismissal in this case may be at any time, before or after service of process and before or after the Defendants answer. *See* Green v. Mc Kaskle, 788 F.2d 1116, 1119 (5th Cir. 1986).

Dated this 3rd day of June 2004.

OFFICE OF THE ATTORNEY GENERAL
Douglas B. Moylan, Attorney General

By: /s/ JAMES T. MITCHELL
JAMES T. MITCHELL
Assistant Attorney General