

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| VINCENT PALOMO,<br><br>    Plaintiff,<br><br>  vs.<br><br>FRANK ISHIZAKI, individually and as Director of Corrections; and Captain JESSE TUPAZ, individually and as Acting Superintendent,<br><br>    Defendants. | Civil Case No. 04-00013<br><br>**CERTIFICATE OF SERVICE** |

  **I, FRANCISCO M. SANTOS,** do hereby certify and declare that on Thursday, June 3, 2004, I personally served the *1) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS; 2) MOTION TO DISMISS; and 3) PROPOSED ORDER* to:

    Capt. Jesse Tupaz at 2:55 p.m.
    Hagatna Detention
    Hagåtña, Guam 96910

Page 1
Certificate of Service
Palomo vs. Ishizaki
Civil Case No. 04-00013
AG file no. 04.0116

Frank Ishizaki, Chief of Police
c/o Cynthia Ige at 3:06 p.m.
Guam Police Department
Tiyan Barrigada, Guam

Robert Camacho
c/o Melva Limo (Receptionist) at 3:25 p.m.
Director's Office
Department of Correctons
Tiyan Barrigada, Guam

Major Francisco Crisostomo at 3:50 p.m.
Department of Corrections
Mangilao, Guam

Vincent Palomo at 3:58 p.m.
Department of Corrections
Mangilao, Guam

I certify and declare, under penalty of perjury, this 4th day of June, 2004 that the foregoing is true and correct to the best of my knowledge.

_____
FRANCISCO M. SANTOS

Page 2
Certificate of Service
Palomo vs. Ishizaki
Civil Case No. 04-00013
AG file no. 04.0116