Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

pro se

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 23 2004
MARY L. M. MORAN
CLERK OF COURT

16

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

VINCENT PALOMO,

Plaintiff,

vs.

FRANK ISHIZAKI, individually and as Director of Corrections; & CAPT. JESSE TUPAZ, individually and as Acting Superintendent;

Defendants.
_______________________________________/

Civil Case No. 04-00013

MOTION TO VACATE SCHEDULING CONFERENCE

The Plaintiff, Vincent Palomo, appearing pro se, respectfully moves this Court to vacate it's order, dated 21 May 2004, setting a Scheduling Conference to be held on the 29th day of June, 2004, at 3:00 P.M. If necessary, the court may reset the scheduling conference after the Motion to Dismiss has been resolved. The Defendants in this case filed a FRCP Rule 12(b)(6) Motion to Dismiss on 3 June 2004. Plaintiff filed an opposition to the Motion to Dismiss on 16 June 2004.

Plaintiff received a Scheduling Notice, filed on 21 May 2004, from the Clerk of the Court on 17 June 2004. (See, attached Exhibit "A.") According to Local Rule 16.1(c)(3), the notice in this case should have been filed no later than 26 April 2004, forty (40) days after the filing of the complaint.

The date on which Plaintiff received the Scheduling Notice, 17 June 2004, is three days after a proposed Scheduling Order and proposed Discovery Plan were to be filed with the Court as ordered in the Scheduling Notice.

Case 1:04-cv-00013 Document 16 Filed 06/23/2004 Page 1 of 5

A Scheduling Conference is scheduled for 29 June 2004, one hundred and four (104) days after the filing of the complaint. Pursuant to Local Rule 16.1(c)(3) the date should have been on 15 June 2004, which is no later than ninety (90) days after the filing of the complaint.

Plaintiff, a pro se litigant, was not contacted by Defendants or their counsel as required by Local Rule 16.1(c)(2) to initiate the communication necessary to prepare the Scheduling Order.

Finally, it appears that the Court may have overlooked the fact that the Plaintiff, unless otherwise ordered, is exempt from Local Rule 16.1 pursuant to Local Rule 16.1(b)(1). Plaintiff is also exempt pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1)(E).

Dated this 22 day of June 2004.

Vincent Palomo

Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

# Exhibit "A"

FILED
DISTRICT COURT OF GUAM
MAY 21 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

VINCENT PALOMO,

Plaintiff,

vs.

FRANK ISHIZAKI, individually and as Director of Corrections; & CAPT. JESSE TUPAZ, individually and as Acting Superintendent;

Defendants.

CIVIL CASE NO. 04-00013

**SCHEDULING NOTICE**

**VINCENT PALOMO**
**P.O. BOX 3236**
**HAGATNA, GUAM 96932**
**pro se**

**OFFICE OF THE ATTORNEY GENERAL**
**CIVIL DIVISION**
**SUITE 2-200E, GUAM JUDICIAL CENTER**
**120 WEST O'BRIEN DRIVE**
**HAGATNA, GUAM 96910**

The Local Rules establish procedures for complying with Rule 16(b) and 26(f) of the Federal Rules of Civil Procedure. Counsel should study Local Rules before attempting to process cases in this Court.

Pursuant to Local Rule 16.1 and 16.2, it is hereby ORDERED that:

1. Counsel of record and all pro se litigants that have appeared in the case must meet and confer, within fifteen (15) days after receipt of this Notice, but no later than sixty (60) days after the filing of the complaint, prior to commencing discovery.

2. A proposed Scheduling Order and a proposed Discovery Plan shall be filed on or before the 14th of June, 2004. Careful and immediate attention should be given to

the directions in Local Rules 16.1 and 16.2 to ensure complete and timely compliance with Federal Rules 16(b) and 26(f), and Local Rules.

3. Plaintiffs' counsel, or if the plaintiff is pro se, then the pro se plaintiff, must take the lead in the preparation of the Scheduling Order. If a defendant is not contacted by a pro se plaintiff within the required time frame, the defendant's counsel shall contact the pro se plaintiff and arrange a meeting to comply with this Rule in the appropriate time frame. The failure of a party or its counsel to participate in good faith in the framing of a Scheduling Order may result in the imposition of sanctions.

4. Counsel of record and all pro se litigants that have appeared in the case are jointly responsible for submitting a Proposed Discovery Plan to the Court.

5. A Scheduling Conference shall be held on the **29th day of June, 2004, at 3:00 p.m.**

6. Counsel are reminded that:

a) The filing of motions does not postpone discovery.

b) Local Rule 37.1 governs discovery disputes and motions.

c) The number and form of interrogatories are governed by Local Rule 33.1.

d) Discovery documents and certificates of service shall not be filed with the Clerk until there is a proceeding in which the document or proof of service is in issue.

Dated: May 21, 2004

MARY L.M. MORAN
Clerk , District Court of Guam

By: /s/ Shirlene A. Ishizu
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

OFFICIAL BUSINESS

7003 0500 0005 1728 2587

MAY 25 '04 GUAM

U.S. POSTAGE

VINCENT PALOMO
P.O. BOX 3236
HAGATNA, GU 96932

1st Notice MAY 27 2004
Rec. June 17, 2004
Vincent Palomo
2nd Notice
JUN 11 2004