ORIGINAL

|   |   |
|---|---|
| | **FILED** |
| | DISTRICT COURT OF GUAM |
| | MAY 19 2005 |
| | MARY L.M. MORAN |
| | CLERK OF COURT |

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| VINCENT PALOMO, | CIVIL CASE NO. 04-00013 |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| FRANK ISHIZAKI, individually and as Director of Corrections; and Captain JESSE TUPAZ, individually and as Acting Superintendent, | |
| Defendants. | |

Judgment is hereby entered in accordance with the Order filed on May 18, 2005.

Dated this 19th day of May, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on MAY 19 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____ MAY 19 2005
Deputy Clerk    Date