Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

pro se

ORIGINAL FILED
DISTRICT COURT OF GUAM
JUN - 7 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

VINCENT PALOMO,

        Plaintiff,

vs.

FRANK ISHIZAKI, Director of Corrections;

        &&

CAPT. JESSE TUPAZ, Acting Superintendent;

        Defendants.

Civil Case No. 04-00013

NOTICE OF APPEAL

Notice is hereby given that Vincent Palomo, appearing prose, in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order dismissing his Civil Rights Complaint, entered in this action on or about the 18th day of May, 2005

Dated this _6_ day of _June_, 2005.

        /s/ Vincent Palomo
        Vincent Palomo
        P.O. Box 3236
        Hagåtña, Guam 96932

**ORIGINAL**