| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| | **TRANSCRIPT ORDER** | |
| *Read Instructions on Back.* | | |

| 1. NAME Vincent Palomo, Pro Se | 2. PHONE NUMBER | 3. DATE June 9, 2005 |
|---|---|---|
| 4. MAILING ADDRESS P.O. Box 3236 | 5. CITY Hagatna | 6. STATE Guam / 7. ZIP CODE 96932 |
| 8. CASE NUMBER CV-04-00013 | 9. JUDICIAL OFFICIAL Munson | DATES OF PROCEEDINGS |
| | | 10. FROM / 11. TO |
| 12. CASE NAME PALOMO VS ISHIZAKI | | LOCATION OF PROCEEDINGS |
| | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
[X] APPEAL  [ ] CRIMINAL  [ ] CRIMINAL JUSTICE ACT  [ ] BANKRUPTCY
[ ] NON-APPEAL  [X] CIVIL  [ ] IN FORMA PAUPERIS  [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
None. (There have been no oral proceedings in this case.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
JUN 24 2005
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE *Vincent Palomo*

19. DATE 06/23/05

ESTIMATE TOTAL

PROCESSED BY

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may also be used)
☆ U.S. GPO: 1994-560-605

ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY

Case 1:04-cv-00013  Document 20  Filed 06/24/2005  Page 1 of 1