Vincent Palomo
P.O. Box 3236
Hagåtña, Guam 96932

pro se

# IN THE DISTRICT COURT OF GUAM

VINCENT PALOMO,

        Plaintiff,

vs.

FRANK ISHIZAKI, Director of Corrections;

        &

CAPT. JESSE TUPAZ, Acting Superintendent;

        Defendants.
_____/

Civil Case No. 04-00013

MOTION TO DISQUALIFY JUDGE

COMES NOW, the Plaintiff, Vincent Palomo, appearing pro se in the above entitled action and moves the court for an order disqualifying the Honorable Alex R. Munson, United States District Judge, designated as Judge in the District Court of Guam, from this matter on the ground that, his prejudice against the Plaintiff precludes Plaintiff from obtaining fair and impartial proceedings in the District Court of Guam.

Pursuant to Title 28 U.S.C. § 144, Plaintiff's declaration, factually establishing the prejudice alleged herein is attached and marked as Exhibit "A."

This is the first and the only such motion made by the Plaintiff in this proceeding.

Dated this __21__ day of ___June___, 2005.

                                            _Vincent Palomo_
                                            Vincent Palomo
                                            P.O. Box 3236
                                            Hagåtña, Guam 96932