**FILED**
DISTRICT COURT OF GUAM
JUL -7 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| VINCENT PALOMO, | Civil Case No. 04-00013 |
| Plaintiff, | |
| vs. | |
| FRANK ISHIZAKI, individually and as Director of Corrections; and Captain JESSE TUPAZ, individually and as Acting Superintendent | **ORDER** |
| Defendants. | |

This matter comes before the Court on Plaintiff Vincent Palomo's ("Palomo") Motion to Disqualify Judge ("motion") filed June 24, 2005. Upon consideration of the record the Court finds the motion to be without merit. Accordingly Palomo's request is DENIED.

On May 18, 2005, this Court issued an Order signed by the Honorable Judge Alex R. Munson, dismissing Palomo's complaint with prejudice. *See,* Docket No. 17. Palomo filed a notice of appeal with respect to the Order with the Ninth Circuit Court of Appeals on June 7, 2005. *See* Docket No. 19. Shortly thereafter Palomo filed the present motion with the Court pursuant to 28 U.S.C. § 144.[1]

---

[1] 28 U.S.C. § 144 states:

> Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.
>
> The affidavit shall state the facts and the reasons for the belief that bias or prejudice exists, and shall be filed not less than ten days before the beginning of the term at which the proceeding is to be heard, or good cause shall be shown for failure to file it within such time. A party may file only one such affidavit in any case. It shall be accompanied by a certificate of counsel of record stating that it is made in good faith.

1    Moreover, Palomo's motion is untimely.  The complaint in this matter has been

2    dismissed.  There are not any actions or hearings pending within this Court which would

3    potentially require a sitting judge.   In addition, Palomo's declaration fails to state any grounds

4    that demonstrate bias or prejudice exists.  Neither does Palomo provide any information that

5    might call into question the Judge Munson's ability to be fair and impartial with respect to

6    Palomo's case if he should be so designated in the future.[2]  Palomo himself admits that he has

7    no prior relationship with, nor has he ever met Judge Munson.  The issues raised in his

8    declaration are more appropriately raised in his appeal of the Order dismissing his complaint

9    and fail to provide an adequate basis to disqualify Judge Munson from any future handling of

10   his case.  Accordingly this Court finds Palomo's motion is without merit and is hereby

11   DENIED.

12

13        **SO ORDERED** this _7th_ day of July, 2005.

14

15

16                                    _____
                                         **Robert M. Takasugi***
17                                      **United States District Judge**

18   ...otice is hereby given that this document was
     entered on the docket on _JUL - 7 2005_.
19   No separate notice of entry on the docket will
     be issued by this Court.
20             Mary L. M. Moran
              Clerk, District Court of Guam
21
22   By:_____.  _JUL - 7 2005_
          Deputy Clerk          Date
23

24   _____
            [2] The Court notes that the District Court of Guam is currently without a sitting District Court Judge.  Therefore, various
25   Judges from throughout the 9th Circuit (including the Northern Marianas) sit by designation until a new District Court Judge is
     appointed.  The judges are not "assigned" to particular cases, rather, they are "designated" to handle any cases that arise during a
     specific time frame.  Accordingly, Palomo is mistaken in assuming that Judge Munson is assigned to handle his case.

26
          * The Honorable Robert M. Takasugi, United States Senior District Judge for Central California, by designation
27

28