UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

July 14, 2005

**FILED**
DISTRICT COURT OF GUAM
JUL 2 0 2005
MARY L.M. MORAN
CLERK OF COURT

VINCENT PALOMO,

    Plaintiff - Appellant,

v.

FRANK ISHIZAKI, individually and as Director of Corrections; et al.,

    Defendants - Appellees.

No. 05-16094
D.C. No. CV-04-00013-ARM

**REFERRAL NOTICE**

    This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

    If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

    This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Jeffery Crocker
Deputy Clerk

**RECEIVED**
JUL 2 0 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| VINCENT PALOMO,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>FRANK ISHIZAKI, individually and as Director of Corrections; et al.,<br><br>    Defendants - Appellees. | No. 05-16094<br>D.C. No. CV-04-00013-ARM<br><br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith       [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: _____




# General Docket
## US Court of Appeals for the Ninth Circuit

```
Court of Appeals Docket #: 05-16094                    Filed: 6/16/05
Nsuit: 3550  Prisoner civil rights (Fed)
Palomo v. Ishizaki, et al
Appeal from: Northern Mariana Islands
```

---

```
Case type information:
    1) prisoner petition
    2) state
    3) Civil rights
```

---

```
Lower court information:

    District: 0994-1 : CV-04-00013-ARM
    Presiding judge: Alex R. Munson, Chief Judge
    Date Filed: 3/17/04
    Date order/judgment: 5/19/05
    Date NOA filed: 5/18/05
```

---

Fee status: in forma pauperis

---

```
Prior cases:
    None
Current cases:
    None
```

Docket as of July 14, 2005 11:27 pm                    Page 1

---

05-16094 Palomo v. Ishizaki, et al

VINCENT PALOMO                          Vincent Palomo
    Plaintiff - Appellant               [NTC prs]
                                        P.O. Box 3236
                                        Hagatna, GU 96932

  v.

FRANK ISHIZAKI, individually            James T. Mitchell, Esq.
and as Director of Corrections          (671) 475-3324 x 520
    Defendant - Appellee                Ste. 2-200E
                                        [COR LD NTC dag]
                                        OFFICE OF THE ATTORNEY GENERAL
                                        Prosecution Division
                                        120 West O'Brien Drive
                                        Judicial Center Building
                                        Hagatna, GU 96910

JESSE TUPAZ, Captain,                   James T. Mitchell, Esq.
individually and as Acting              (See above)
Superintendent                          [COR LD NTC dag]
    Defendant - Appellee

Docket as of July 14, 2005 11:27 pm                    Page 2

05-16094 Palomo v. Ishizaki, et al

VINCENT PALOMO

          Plaintiff - Appellant

  v.

FRANK ISHIZAKI, individually and as Director of Corrections;
JESSE TUPAZ, Captain, individually and as Acting
Superintendent

        Defendants - Appellees

Docket as of July 14, 2005 11:27 pm        Page 3

---

05-16094 Palomo v. Ishizaki, et al

| Date | Entry |
|---|---|
| 6/16/05 | DOCKETED CAUSE AND ENTERED APPEARANCE OF APLT IN PRO PER AND COUNSEL FOR APLES. CADS SENT (Y/N): n. setting schedule as follows: appellant's designation of RT is due 5/31/05; appellee's designation of RT is due 6/7/05, ; Appellant shall order transcript by 6/17/05; court reporter shall file transcript in DC by 7/18/05; certificate of record shall be filed by 7/25/05 ; appellant's opening brief is due 9/6/05; appellees' brief due 10/3/05, ; appellants' reply brief is due 10/17/05; [05-16094] (kkw) |
| 6/30/05 | Received Appellant notice of non-designation of reporter's transcript. [05-16094] (crw) |
| 7/14/05 | Sent Notice of Referral to district court. [05-16094] (jlc) |

Docket as of July 14, 2005 11:27 pm        Page 4

## PACER Service Center

### Transaction Receipt

07/18/2005 21:20:16

| | | | |
|---|---|---|---|
| PACER Login: | uo7961 | Client Code: | |
| Description: | dkt report | Case Number: | 05-16094 |
| Billable Pages: | 4 | Cost: | 0.32 |