**FILED**
DISTRICT COURT OF GUAM
JUL 22 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

VINCENT PALOMO,

    Plaintiff - Appellant,

v.

FRANK ISHIZAKI, individually and as Director of Corrections; et al.,

    Defendants - Appellees.

No. 05-16094
D.C. No. CV-04-00013-ARM

(25)

**ORDER**

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: _____
_____
_____
_____

_____
Judge
United States District Court

Date: July 22, 2005