UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 19 2005


CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| VINCENT PALOMO, | No. 05-16094 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-04-00013-ARM |
| v. | District of the Northern Mariana Islands |
| FRANK ISHIZAKI, individually and as Director of Corrections; et al., | ORDER |
| Defendants - Appellees. | |

**FILED**
DISTRICT COURT OF GUAM
OCT 25 2005
MARY L.M. MORAN
CLERK OF COURT

Before: T.G. NELSON and TALLMAN, Circuit Judges

The district court has certified that this appeal is not taken in good faith, and so has revoked appellant's in forma pauperis status. Our review of the record confirms that appellant is not entitled to in forma pauperis status for this appeal. *See* 28 U.S.C. § 1915(a).

Accordingly, within 21 days after the filing date of this order, appellant shall pay $255.00 to the district court as the docketing and filing fees for this appeal and file proof of payment with this court. Failure to pay the fees will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute, regardless of further filings. *See* 9th Cir. R. 42-1.

05-16094

No motions for reconsideration, clarification, or modification of the denial of appellant's in forma pauperis status shall be filed or entertained.

If appellant pays the fees as required and files proof of such payment in this court, appellant shall simultaneously show cause why the judgment challenged in this appeal should not be summarily affirmed. *See* 9th Cir. R. 3-6. If appellant elects to show cause, a response may be filed within 8 days after service of appellant's filing. If appellant pays the fees but fails to file a response to this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Briefing is suspended pending further order of this court.