# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **Vincent Palomo,** | |
| Plaintiff-Appellant, | |
| vs. | **Case No: 1:04-cv-00013** |
| **Frank Ishizaki, et al.,** | |
| Defendants-Appellees. | |

The following individual was served by first class mail on October 26, 2005:

Vincent Palomo
P.O. Box 3236
Hagatna, Guam 96932

I, Renee M. Martinez, declare under penalty of perjury that on the above-listed date I served the:

Order of U.S. Court of Appeals filed October 25, 2005

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005          /s/ Renee M. Martinez
                                                Deputy Clerk