# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Vincent Palomo, | Case No. 1:04-cv-00013 |
| Plaintiff-Appellant, | |
| vs. | |
| Frank Ishizaki, et al., | **CERTIFICATE OF SERVICE** |
| Defendants-Appellants. | |

The following office(s)/individual(s) acknowledged receipt of the *Order of U.S. Court of Appeals filed October 25, 2005* on the dates indicated below:

*Attorney General of Guam*
*Civil Division*
*October 26, 2005*

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order of U.S. Court of Appeals filed October 25, 2005

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2005             /s/ Renee M. Martinez
                                       Deputy Clerk