UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 27 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VINCENT PALOMO,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>FRANK ISHIZAKI, individually and as<br>Director of Corrections; et al.,<br><br>    Defendants - Appellees. | No. 05-16094<br><br>D.C. No. CV-04-00013-ARM<br>District of the Northern Mariana<br>Islands<br><br>ORDER |

**FILED**

DISTRICT COURT OF GUAM

APR 12 2006

MARY L.M. MORAN
CLERK OF COURT

On October 19, 2005, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. The court further held that no motions for reconsideration would be filed or entertained. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court,

*Polly Estes*

Polly Estes
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\02.06\pe\05-16094.wpd

APR 5 2006