# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Vincent Palomo,<br><br>      Plaintiff-Appellant,<br><br>vs.<br><br>Frank Ishizaki, et al.,<br><br>      Defendants-Appellants. | Case No. 1:04-cv-00013<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the Mandate filed April 12, 2006, on the dates indicated below:

Office of the Attorney General
April 13, 2006

The following individual was served by first class mail on April 13, 2006:

    Vincent Palomo
    P.O. Box 3236
    Hagatna, GU 96932


I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Mandate filed April 12, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 14, 2006                               /s/ Renee M. Martinez
                                                                       Deputy Clerk